Jason R. Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
Andrew Jorgensen, ISBN 8695
Trial Attorney
Office of the United States Trustee
United States Department of Justice
550 West Fort St., Suite 698
Boise, ID 83724
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for Gregory M. Garvin
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| IN RE:<br><br>CHRISTOPHER D. JONES,<br><br><br><br>                     Debtor(s). | Case No.: 22-00541-NGH<br><br>Chapter 7 |
|---|---|

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

Pursuant to 11 U.S.C. §§ 322 and 703, the below named individual is appointed as the

interim chapter 7 trustee in the above named case to serve under the trustee's blanket bond.

Timothy R. Kurtz
P.O. Box 956
Boise, Idaho 83702
(208) 287-8125

Unless the trustee notifies the United States Trustee and the Court, in writing, of rejection

of the appointment within seven days after receipt of this notice, the trustee shall be deemed to

have accepted the appointment. If creditors do not elect a successor trustee under 11 U.S.C. § 703(a), the trustee shall be the chapter 7 trustee in this case.

Dated: December 06, 2022          GREGORY M. GARVIN
                                            Acting U.S. Trustee for Region 18

                                            By: /s/ Jason R. Naess
                                            Jason R. Naess
                                            Assistant U.S. Trustee
                                            [Non CM/ECF] email address
                                            Jason.r.naess@usdoj.gov