**Jed W. Manwaring ISB #3040**
**Aaron R. Bell ISB #10918**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**
             **abell@evanskeane.com**

**Attorneys for Trustee, Timothy R. Kurtz**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In Re: | Case No. 22-00541-NGH |
|---|---|
| **CHRISTOPHER D. JONES,** | Chapter 7 |
| Debtor. | |

### TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS
### AND VERIFICATION OF ATTORNEY

> **Notice of Trustee's Application to Employ Attorneys and Verification of Attorney and Opportunity to Object and for a Hearing**
>
> <u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of service of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.
>
> <u>Hearing on Objection</u>.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS - 1*

Pursuant to 11 *U.S.C. §* 327 the application of Timothy R. Kurtz, Trustee, respectfully alleges:

1. Applicant is the duly qualified and acting trustee in the above case.

2. An attorney is needed to consult with the Trustee, review, and take any appropriate action regarding the substantial financial transactions of the Debtor, various real properties, potential avoidance actions, and any other matters the Trustee deems necessary.

3. The underlying legal problems include but are not limited to: fraudulent transfers of property, disposition of real properties, past ownership of community properties, etc.

4. Applicant alleges that the attorneys, including Aaron R. Bell and Jed W. Manwaring, of the law firm of Evans Keane LLP, whose physical address is 1161 W. River St., Suite 100, Boise, ID 83702, and whose mailing address is P.O. Box 959, Boise, ID 83701-0959, would be competent and disinterested attorneys to represent the trustee.

5. These attorneys have been selected because of their familiarity with the Bankruptcy Code and experience in representing bankruptcy estates. The professional services to be rendered by the attorneys include but are not limited to: drafting pleadings; reviewing pleadings filed by other parties; discovery; trial for the avoidance of real property or its value; and any other legal services the estate/trustee may require.

6. Applicant Trustee believes that said law firm and its members and associates do not hold or represent any interest adverse to Debtors' estate and have no connection with the United States Trustee's Office ("USTO") or any person employed in the USTO. Trustee believes that said law firm is a disinterested person within the meaning of 11 *U.S.C. §* 101(14).

7. Applicant Trustee is informed that the law firm is willing to proceed on hourly rates of $300 for partner, $250 for associate, and $95 for paralegal, plus out of pocket costs. I have

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS - 2*

contracted with said law firm pursuant to the Attorney/Client Contract attached hereto. It is required that said attorneys will seek compensation pursuant to the Bankruptcy Code with Applications for Compensation to be reviewed and approved by the Bankruptcy Court as permitted by 11 *U.S.C. §§* 330 and 331.

WHEREFORE, Applicant Trustee prays that the estate be authorized to employ the firm of Evans Keane LLP generally as his attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

DATED this 10th day of January, 2023.

                                                                       /s/ Timothy R. Kurtz  
                                                                      Timothy R. Kurtz, Trustee

**VERIFICATION OF ATTORNEY**

I, JED W. MANWARING, do hereby verify and state that I am an attorney at law duly admitted to the practice in the State of Idaho. I am a partner and Aaron R. Bell is an associate with the law firm of Evans Keane LLP in Boise, Idaho. Aaron R. Bell and I do not, and other attorneys in this firm do not, hold or represent any interest adverse to the estate. To the best of my knowledge, we do not represent or have connections to the Debtors, any creditors, any other party in interest, or their respective attorneys and accountants. Further, I am and the attorneys in this firm are "disinterested persons" under 11 *U.S.C. §* 101(14) in that we: are not a creditor; equity security holder; or an insider of the Debtors; do not have any connection to the United States Trustee's Office ("USTO") or anyone employed by the USTO; and do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

Pursuant to disclosure required by Rule 2014, to the best of my knowledge, I and the attorneys in this firm do not have any connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

DATED this 10th day of January, 2023.

                        EVANS KEANE LLP

                        By   /s/ Jed W. Manwaring
                              Jed W. Manwaring, Of the Firm
                              Attorneys for Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2023, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

- **Jason M. Ayres**    jason.ayres@foster.com, kesarah.rhine@foster.com

- **Alexandra O Caval**    alex@cavallawoffice.com, R71985@notify.bestcase.com

- **Patrick John Geile**    pgeile@foleyfreeman.com, ID21@ecfcbis.com;abennett@foleyfreeman.com;ekashirny@foleyfreeman.com

- **Timothy R. Kurtz**    trk@kurtztrustee.com, meg@kurtztrustee.com;jmh@kurtztrustee.com;admin@kurtztrustee.com;ID20@ecfcbis.com

- **Jason Ronald Naess**    Jason.r.naess@usdoj.gov

- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov


    /s/ Jed W. Manwaring
    Jed W. Manwaring

*TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS - 5*

# ATTORNEY/CLIENT CONTRACT

On this DATED this 10th day of January, 2023, **Timothy R. Kurtz, as Trustee of the Bankruptcy Estate of Christopher D. Jones, Case No. 22-00541**, hereinafter called "Client," does hereby request and authorize the firm of Evans Keane LLP, hereinafter called "Attorneys," to represent Client as legal counsel for the bankruptcy estate.

i) Attorneys will devote their full professional abilities to Client's case, and Client agrees to cooperate fully with Attorneys.

ii) Subject to the requirements of the Bankruptcy Code with application to and approval of the United States Bankruptcy Court, District of Idaho, Client agrees to pay Attorneys for their services an hourly rate of $300 per hour for Partners, $250 per hour for Associates and $95 per hour for paralegals.

iii) Attorneys agree that only the bankruptcy estate may be pursued for payment of the legal fees. In the event no funds are recovered or are available in the bankruptcy estate or the bankruptcy court disallows payment, Attorneys will receive no payment.

iv) Client agrees to reimburse Attorneys for all out-of-pocket expenses incurred reasonably and necessarily incurred by the Attorneys including, but not limited to: copies; long distant telephone charges; postage and special notice supplies; filing fees; transcripts; depositions; certification fees; recording fees; expert witness fees; title reports; subpoena fees; *etc*. Said reimbursements are also subject to the requirements of the Bankruptcy Code with application to and approval of the United States Bankruptcy Court, District of Idaho.

v) Client agrees that Attorneys have made no promises or guarantees regarding the resolution of Client's issues or legal problems. Client and Attorneys reserve the right, subject to Bankruptcy Court approval, to terminate this Contract.

I HAVE READ THIS CONTRACT AND AGREE TO ITS TERMS AND CONDITIONS. THERE ARE NO OTHER AGREEMENTS BETWEEN CLIENT AND ATTORNEYS EXCEPT THOSE EXPRESSLY SET FORTH IN THIS CONTRACT.

/s/ Timothy R. Kurtz
Timothy R. Kurtz, Trustee


EVANS KEANE LLP


By: /s/ Jed W. Manwaring
Jed W. Manwaring, of the Firm