Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Christopher D. Jones

Debtor.

Case No. 22-00541-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 01/05/2023

Location of Meeting: Boise, Idaho - Telephonic

Recorder Track No.: 14

1. Debtor was sworn and examined.

2. Debtor's attorney was present.

3. Debtor's identification was verified.

4. Debtor's social security number was verified.

5. The following creditors appeared at the meeting: None

6. The meeting was continued to: February 16, 2023, at 1:00 p.m. MT.

Date: January 13, 2023

/s/  Timothy R. Kurtz
Chapter 7 Bankruptcy Trustee